IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARELL D'ANGELO COLLICK | : |
| | : Civil Action |
| Plaintiff | : |
| | : No. 15-5423 |
| v. | : |
| NICOLE HEFFNER, *et al.* | : |
| | : |
| Defendants | : |

## ORDER

**AND NOW**, this 15th day of January 2016, upon consideration of Defendants' Motions to Dismiss (ECF Doc. Nos. 12, 15) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions to Dismiss (ECF Doc. No. 12) (ECF Doc. No. 15) are **GRANTED.** As Plaintiff cannot, as a matter of law, state federal claims based on prison officers' decisions regarding the location for his medical care and any amendment would be futile, Plaintiff's Complaint is **dismissed with prejudice.**

KEARNEY, J.